AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hodges, Shiva V. | U.S. District Court | 08/23/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge, Full-time | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Matthew J. Perry, Jr. Federal Courthouse
901 Richland Street
Columbia, South Carolina 29201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 08/23/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | USC Law School- teaching | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | _____ - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Association for Justice | August 4-6, 2016 | Hilton Head Island, SC | Guest at annual convention/ CLE | Lodging/Registration |
| 2. | South Carolina Bankruptcy Lawyers Association | April 30-May 1, 2016 | Hilton Head Island, SC | Speaker at CLE | Lodging/Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 08/23/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Mortgage on Property #1 (rental property), Pawleys Island, SC | None |
| 2. | NBSC | Line of Credit on Property #1 (rental property), Pawleys Island, SC; currently unsecured | K |
| 3. | South Carolina Student Loan Corporation | Student Loan #2 | K |
| 4. | Nationstar Mortgage | Mortgage on Property #3 (rental property), Florence, SC | None |
| 5. | NBSC Visa | Credit Card | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 08/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Property #1, Pawleys Island, SC | A | Rent | | | Sold | 02/12/16 | M | | |
| 2. Northwestern Mutual Whole Life Policy #1 | B | Dividend | K | T | | | | | |
| 3. 401K #1 | | | | | | | | | |
| 4. -Ishares Russell 1000 GRW ETF | A | Dividend | K | T | Buy (add'l) | 11/22/16 | J | | |
| 5. -Ishares Russell 1000 Value ETF | A | Dividend | K | T | Buy (add'l) | 11/22/16 | J | | |
| 6. -Vanguard Mid-cap ETF Index | A | Dividend | J | T | Buy (add'l) | 11/22/16 | J | | |
| 7. -Clearbridge Aggressive GWTH I | A | Dividend | J | T | Buy (add'l) | 11/22/16 | J | | |
| 8. -American Europacific GRW F2 | A | Dividend | K | T | Buy (add'l) | 11/22/16 | J | | |
| 9. -MFS International Value I | A | Dividend | K | T | Buy (add'l) | 11/22/16 | J | | |
| 10. -Ishares Select Dividend ETF | A | Dividend | J | T | | | | | |
| 11. -JP Morgan Core Plus Bond A | A | Dividend | | | Sold | 11/22/16 | J | | |
| 12. -Fidelity ADV Real Estate Inc. I | A | Dividend | J | T | | | | | |
| 13. -Alerian MLP ETF | A | Dividend | J | T | | | | | |
| 14. -Vanguard Small Cap ETF | A | Dividend | J | T | Buy (add'l) | 11/22/16 | J | | |
| 15. -Templeton Global BD FD ADV | A | Dividend | | T | Sold | 11/22/16 | J | | |
| 16. -Victory Incore Low Dur BD A | A | Dividend | J | T | Buy (add'l) | 11/22/16 | J | | |
| 17. -JP Morgan Strat Inc. OPP SEL | A | Dividend | J | T | Buy (add'l) | 11/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 08/23/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.　-Oppenheimer Developing MKTS Y | A | Dividend | J | T | Buy (add'l) | 11/22/16 | J | | |
| 19.　-Wisdomtree Euro SM Cap DIV ETF | A | Dividend | J | T | Buy (add'l) | 11/22/16 | J | | |
| 20.　-SPDR Gold TR Gold SHS | | None | J | T | | | | | |
| 21.　NBSC Account | A | Interest | J | T | | | | | |
| 22.　Property #3, Florence, SC | C | Rent | | | Sold | 11/03/16 | M | | |
| 23.　Wells Fargo Account | A | Interest | K | T | | | | | |
| 24.　NBSC Account #2 | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 08/23/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VI, Line 2 - Although the line of credit was once secured by Property #1, it became unsecured when property was sold.

2) Part VII, Line 16 - Victory Incore Low Dur BD A was formerly known as RS Low Dur BD.

3) Part VII, Line 25 of original 2016 report was removed because it did not meet the threshold for reporting.

4) Part VII, Line 24- NBSC Account #2 was erroneously omitted from the 2015 report. It was created on 10/20/1015 with an initial value code of A. At the end of the 2015 reporting period it had a value code of L with interest income of A, using the cash market value method.

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 08/23/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shiva V. Hodges**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544